**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Christopher Lyman HUGHES,**
**Defendant–Appellant.**

No. 02–7767.

United States Court of Appeals,
Fourth Circuit.

Submitted March 6, 2003.

Decided March 13, 2003.

Christopher Lyman Hughes, Appellant Pro Se. Walter C. Horton, Jr., Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Christopher Lyman Hughes appeals the district court's order denying his motion for modification of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Hughes,* No. CR–90–92–G (M.D.N.C. Oct. 21, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*